GERALD WOLFE (SBN 180599)
LAW OFFICE OF GERALD WOLFE
6B LIBERTY, SUITE 210
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE (949)257-0961
FACSIMILE (949)878-4840

Attorney for Debtor ANNETTE SLAUGHT

UNITED STATES BANKRUPICY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

ANNETTE SLAUGHT,

            Debtor.

)  Case No. 2:09-BK-40955
)
)  CHAPTER 11
)
)  STATUS REPORT FOR STATUS
)  CONFERENCE
)
)  Judge: Samuel L. Bufford
)  Date: December 17, 2009
)  Time: 10:00 A.M.
)  Courtoom: 1575
)  Floor: 15th
)
)  Petition Filed November 6, 2009

Debtor ANNETTE SLAUGHT hereby submits the following report status report:

Debtor ANNETTE SLAUGHT ("Debtor") filed for bankruptcy on November 6, 2009.

1. **Appointment of Counsel**: An Application for Employment for the employment of the Law Office of Gerald Wolfe as general bankruptcy counsel has been filed on December 11, 2009. It is still within the period wherein an appropriate interested party can file an objection to the application as the notice was served on December 11, 2009.

2. **Monthly Operating Reports**: As the Debtor filed her bankruptcy on November 6, 2009, her

NOTICE OF ORDER RE STATUS CONFERENCE AND ORDER- 1

Initial Monthly Operating Report (MOR) is not due until December 15, 2009; as of the date of this Status Report, the MOR has not been filed with the Office of the United States Trustee yet.

3. **Financial Projections**: Debtor had been a housewife for a lengthy period of time. Debtor has tried to re-start here career as a licensed interior designer. However, due to the recession, the demand for the services of an interior designer, essentially a luxury item, has not been high. Debtor is hopeful the demand will pick up with the economy slowly climbing out of the recession. Debtor had an income of $7050 (including commissions made as interior designer, rent dividends and child support) for November to early December, essentially the first 30 day period. The expenses for the same period were $7313. Debtor anticipates an increase in commissions for the next 30 day period in light of the improving economy which would increase the income to $7550 with the expenses anticipated to be $7478. Debtor does not expect this to change for each of the next two successive 30 day periods which would encompass the entire 120 day period after filing.

4. **Financial History for the Past Three Years**: In 2006 Debtor filed a joint return with her former spouse. Their gross income was $606, 409 with a net income of $443,887. In 2007, Debtor had separated from her husband and filed a separate return. Debtor showed a gross income of $30,450 with almost all of it being alimony while the net income showed a negative figure. In 2008, Debtor had a gross income of $29,596 with almost all of it being alimony and a net income coming in the negative again.

5. **Budget for Professionals**: Debtor anticipates attorney fees in the range of $20,000 if the plan is a short one. Although it may not be feasible, however, Debtor desires the keep the residence which would entail a longer plan and additional attorney fees. Debtor anticipates selling the primary residence may be required and as such, an appraiser and realtor will need to be retained. Debtor anticipates budgeting $500 for the appraiser and 6% of the sales prices for the realtor in selling the house.

**6. Inventory of Problems:**

    a. Debtor made payments of $50,000 to her parents, and $17,000 to her boyfriend on previous loans and $26,000 to her attorney in her dissolution proceeding for services provided- all within 90 days prior to the filing of this case. These transfers may be subject to avoidance actions pursuant to 11 U.S.C. sections 547, and 548, although under a liquidation analysis, an action pursuant to section 547 seems unlikely to be fruitful.

    b. Debtor may have claims against former husband that at this time are nebulous at best. Further inquiry need to be made before a concrete understanding and course of action can be crystallized.

    c. Debtor may have a claim against The Feldman Law Center for fraud, and for not performing the legal services pursuant to a contract between the Debtor and The Feldman Law Center. Whether or not this is cost-effective remains to be seen.

    d. Debtor desire to keep the residence; however, Debtor's income at this time may not permit a feasible plan to repay the unsecured creditors and the arrears on the primary residence in an effort to retain the residence. She does expect, though, to receive a payment in excess of $110,000 in April 2010 due to the marital settlement agreement with her former husband which may allow for a short feasible plan irrespective of her monthly income; this is especially in light of the fact that the majority of the unsecured debts are owed to her parents.

    e. Debtor's lease on her vehicle runs out in January 2010 and would need a replacement to be able to continue her career as an interior designer.

7. Debtor proposes the cut-off date for filing claims to be 3 months after the filing of the petition thereby making February 6, 2010 the cut-off date.

8. Debtor proposes the date of May 6, 2010 as the deadline for filing any objections to claims.

9. Debtor proposes the deadline of November 6, 2010 as the deadline for filing any avoidance actions.

NOTICE OF ORDER RE STATUS CONFERENCE AND ORDER- 3

10. Debtor's proposes the April 6, 2010 as the deadline for filing a proposed plan. Debtor intends on proposing a plan that would not impair any creditors with exception, perhaps, of her parents; debtor would request a waiver of the service and filing of a disclosure statement contingent upon Debtor obtaining a waiver from her parents of same.

Respectfully Submitted:

Dated: December 11, 2009

*[signature]*
ANNETTE SLAUGHT, Debtor/Debtor-In-Possession

/S/GERALD WOLFE
GERALD WOLFE,
Law Office of Gerald Wolfe
Attorney for Debtor

NOTICE OF ORDER RE STATUS CONFERENCE AND ORDER- 4

| In re: | | CHAPTER: 11 |
|---|---|---|
| **Annette E. Slaught** | Debtor(s). | CASE NUMBER: **2:09-bk-40955** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6B Liberty Ste 120
Aliso Viejo, CA 92656

A true and correct copy of the foregoing document described as **DEBTOR-IN -POSSESSION ANNETTE SLAUGHT'S STATUS REPORT FOR STATUS CONFERENCE**
___ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 11, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
United States Trustee
**ustpregion16.la.ecf@usdoj.gov**

**russell.clementson@usdoj.gov**

**bruce.schildkraut@usdoj.gov**

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **December 11, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Judge Samuel L. Bufford
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 11, 2009 | James Zhou | /s/ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

F 9013-3.1
Best Case Bankruptcy

Annette E. Slaught
1425 Lida St.
Pasadena, CA 91103


Gerald Wolfe
Law Office of Gerald Wolfe
6B Liberty, Suite 210
Aliso Viejo, CA 92656


Bank of America
PO Box 15726
Wilmington, DE 19886


BMW Financial Services
PO Box 78103
Phoenix, AZ 85062


Don and Beth Monteleone
4735 Del Monte Road
La Canada Flintridge, CA 91011


Home Depot
PO Box 689100
Des Moines, IA 50368


Niemann Marcus
PO Box 5235
Carol Stream, IL 60197


Payne, Waltrip, Decker & McCoy
1823 Knoll Drive
Ventura, CA 93003

Ross Wright
1425 Lida St.
Pasadena, CA 91103


Wells Fargo
PO Box 30427
Los Angeles, CA 90030-0423